**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRIC OF VIRGINIA**
Richmond Division

In re: Natalie Walker                              Case Number 18-30584-KLP

                                                   Chapter 13

               Debtor


### ORDER GRANTING MOTION FOR AUTHORITY TO INCUR DEBT

On, August 8, 2019, **Natalie Walker**, Debtor, by counsel, filed with the Court a **Motion for Authority to Incur Debt,** for the purchase of a vehicle.

Upon consideration whereof and finding it proper to do so:

It is hereby, **ORDERED** that the Motion for Authority to Incur Debt is granted and Debtor is authorized to endorse any and all documents necessary to incur debt with  Colonial Honda for the purchase of 2010 Lexus ES 350 4D Luxury Sedan or like vehicle in the approximate amount not to exceed $8,023.76, and with an interest rate not exceed 19.99%, 5 years (60 months) with monthly payments of $360.66 per month.

The Clerk of the Court is directed to send a copy of this Order to the necessary parties as set forth on this service list.

ENTER: Aug 22 2019

By: /s/ Keith L. Phillips

                                                   Judge

                                         Entered on Docket: Aug 23 2019

I ASK FOR THIS:
/s/ Joseph S. Massie, III 35472
Joseph S. Massie, III. Esq.
Virginia State Bar No. 35472
**Massie Law Firm, P.C.**
**115 N. 1st** Street Ste100
Richmond, Virginia 23219

Joseph S. Massie, III, Esq.
Massie Law Firm, P.C.
115 North First Street-Ste100
Richmond, Virginia 23219
(804) 644-4878 (T)
(804) 644-4874 (F)
jamssie@massielawfirm.com
IN RE:

Natalie Walker                              Case No. 18-30584-KLP
                                            Chapter 13

Seen and Agreed

/s/  **Carl Bates**_____

Carl Bates, Chapter 13 Trustee
PO Box 1819
Richmond, VA 23219

## CERTIFICATE

I hereby certify that this Order has been either served on or endorsed by all necessary parties

Date:   August 21, 2019            /s/ Joseph S. Massie, III 35472
                                      Joseph S. Massie, III**,** Esq.
                                      **Massie Law Firm, P.C.**
                                      115 N. 1st street Ste100
                                      Richmond, Virginia 23219

Natalie Walker
20304 Stone Wood Manor Drive
Petersburg, VA 23803

Carl Bates
PO Box 1819
Richmond, VA 23219

Credit Acceptance
25505 W.
12 Mile Rd.
Southfield, MI 48034

US Trustee
John P. Fitzgerald, III
701 E. Broad Street, Ste. 4304
Richmond, VA 23219

**Joseph S. Massie, III, Esq.**
**Massie Law Firm, P.C.**
**115 North First Street- Ste 100**
**Richmond, Virginia 23219**
**(804) 644-4878 (T)**
**(804) 644-4874 (F)**
jmassie@massielawfirm.com
IN RE:

Natalie Walker                         Case No. 18-30584-KLP
                                       Chapter 13

United States Bankruptcy Court
Eastern District of Virginia

In re:                                                                              Case No. 18-30584-KLP
Natalie R walker                                                                    Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0422-7            User: bullockn              Page 1 of 1              Date Rcvd: Aug 23, 2019
                               Form ID: pdford9            Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 25, 2019.
db              +Natalie R walker,     20304 Stone wood Manor Dr,    Petersburg, VA 23803-1775
                +Credit Acceptance,    25505 W. 12 Mil Rd.,    Southfield,, MI 48034-8316

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             +E-mail/Text: ustpregion04.rh.ecf@usdoj.gov Aug 24 2019 03:29:33      UST smg Richmond,
                 Office of the U. S. Trustee,    701 East Broad St., Suite 4304,    Richmond, VA 23219-1849
                                                                                          TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 25, 2019                            Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 23, 2019 at the address(es) listed below:
            Carl M. Bates    station01@richchap13.com,
            station10@richchap13.com;station03@richchap13.com;station07@richchap13.com;station06@richchap13.c
            om
            John P. Fitzgerald, III    USTPRegion04.RH.ECF@usdoj.gov
            Joseph S. Massie, III    on behalf of Debtor Natalie R walker jmassie@massielawfirm.com,
            jwilliams@massielawfirm.com;massielaw2@gmail.com;sgoodwin@massielawfirm.com
            Susan Hope Call    on behalf of Trustee Carl M. Bates susancall@richchap13.com,
            station15@richchap13.com
                                                                                          TOTAL: 4