## IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### Richmond Division

IN RE:                              }
                                    }        Case No. 18-30584-KLP
Natalie Walker                      }
                                    }
                                    }        Chapter 13
                                    }
            **Debtor**              }

Address:      20304 Stone Wood Manor Drive
              Petersburg, VA 23803
SSN:                  xxx-xx-6863


## <u>NOTICE OF MOTION</u>

Natalie Walker, ("Debtor"), by counsel, has filed a Motion to Incur Debt, Motion to Expedite and Motion to Shorten Notice Period.

<u>**Your rights may be affected.**</u> **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.**

If you do not want the court the grant the relief sought in the motion, or if you want the court to consider your views on the motion, then on or before you or your attorney must:

☐    File with the court, at the address shown below, a written request for a hearing [or a written response pursuant to Local Bankruptcy Rule 9013-1(H)]. If you mail your request for hearing (or response) to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above.

**Clerk of Court**
**United States Bankruptcy Court**
**701 E. Broad Street, Room 4000**
**Richmond, VA 23219**

Massie Law Firm, PC
Joseph Massie, III, Esquire (Bar No. 35472)
115 N. 1st Street
Richmond, VA 23219
(804) 644-4878 (T)
(804) 644-4874 (F)
<u>jmassie@massielawfirm.com</u>

IN RE:                              }
                                    }        Case No. 18-30584-KLP
Natalie Walker                      }
                                    }
                                    }        Chapter 13

<u>You must also mail a copy to:</u>
Joseph Massie, III
115 N. 1st Street
Richmond, VA 23219-2125

☐ **<u>Attend a hearing scheduled for September 18, 2019 at 10:00 am at Judge
Phillips at 701 E. Broad Street, Room 5100, Richmond, VA 23219.</u>**

If you or your attorney do not take these steps, the court may decide that you do not oppose the
relief sought in the motion and may enter an order granting that relief.

<u>/s/: Joseph Massie, III</u>
Joseph Massie, III
115 N. 1st Street
Richmond, VA 23219-2125
(804) 644-4878 (T)
(804) 644-4874 (F)

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 12, 2019, I sent, electronically, or mailed a true and
exact copy of the foregoing **Notice of Motion** to all necessary parties.

September 13, 2019                  RESPECTFULLY SUBMITTED

                                            Natalie Walker

                                By: <u>/s/: Joseph Massie, III</u>
                                     Joseph Massie, III
                                     115 N. 1st Street
                                     Richmond, VA 23219-2125
                                     (804) 644-4878 (T)
                                     (804) 644-4874 (F)

Massie Law Firm, PC
Joseph Massie, III, Esquire (Bar No. 35472)
115 N. 1st Street
Richmond, VA 23219
(804) 644-4878 (T)
(804) 644-4874 (F)
jmassie@massielawfirm.com

| IN RE: | } | |
| | } | Case No. 18-30584-KLP |
| Natalie Walker | } | |
| | } | |
| | } | Chapter 13 |

**IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division**

In re: Natalie Walker                          Case Number 18-30584-KLP
                                                              Chapter 13

        Debtor

## MOTION TO EXPEDITE HEARING

COMES NOW, Natalie Walker, the Debtor, by Counsel, and offer the following in support of his **Motion to Expedite Hearing** on the **Motion for Authority to Incur Indebtedness**:

1. On February 8, 2018, Debtor filed in the Honorable Court a petition for relief under Chapter 13 of Bankruptcy Code 11 USC § §1301 **et seq.**
2. Debtor seeks permission to have an Expedited Hearing on the **Motion for Authority to Incur Indebtedness**.
3. That an expedited hearing on the Motions are necessary for the following reason: **Debtor does not have transportation for work.**
4. An expedited hearing is necessary under the circumstances and creditors and parties in interest will not be prejudiced by such expedited hearing being granted.

WHEREFORE, the Debtor respectfully request this Honorable Court to schedule a hearing to be heard on an expedited bases to consider the **Motion for Authority to Incur Indebtedness** and for such other and further relief as the Court deems proper.

September 13, 2019                          RESPECTFULLY SUBMITTED,
                                                         Natalie Walker
                              By:        **/s/: Joseph Massie, III**
                                                   Joseph Massie, III
                                                   115 N. 1st Street
                                                   Richmond, VA 23219-2125
                                                   (804) 644-4878 (T)
                                                   (804) 644-4874 (F)

Massie Law Firm, PC
Joseph Massie, III, Esquire (Bar No. 35472)
115 N. 1st Street
Richmond, VA 23219
(804) 644-4878 (T)
(804) 644-4874 (F)
jmassie@massielawfirm.com

IN RE:                                      )
                                                )        Case No. 18-30584-KLP
Natalie Walker                          )
                                                )
                                                )        Chapter 13

## IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### Richmond Division

In re: Natalie Walker

Case Number 18-30584-KLP

Chapter 13

Debtor

## CERTIFICATION REGARDING REQUEST FOR EXPEDITED HEARING

In support of the attached request for an expedited hearing as required by Local Rule 9013-1(N), I hereby certify that:

1. I have carefully examined the matter and concluded that there is a true need for an emergency hearing.
2. I have not created the emergency through any lack of due diligence, and
3. I have made a *bona fide* effort to resolve the matter without hearing.

September 13, 2019

RESPECTFULLY SUBMITTED,

Natalie Walker

By:        /s/: Joseph Massie, III

Joseph Massie, III

115 N. 1st Street

Richmond, VA 23219-2125

(804) 644-4878 (T)

(804) 644-4874 (F)

Massie Law Firm, PC

Joseph Massie, III, Esquire (Bar No. 35472)

115 N. 1st Street

Richmond, VA 23219

(804) 644-4878 (T)

(804) 644-4874 (F)

jmassie@massielawfirm.com

IN RE:                                          )

Natalie Walker                                  )        Case No. 18-30584-KLP

                                                )

                                                )

                                                )        Chapter 13

## CERTIFICATE OF SERVICE

I hereby certify that on September 13, 2019, I sent, electronically, or mailed a true and exact copy of the foregoing **Motion to EXPEDITE HEARING** to all necessary parties.

September 13, 2019                          RESPECTFULLY SUBMITTED

                                            Natalie Walker


                        By _/s/: Joseph Massie, III_
                           Joseph Massie, III
                           115 N. 1ˢᵗ Street
                           Richmond, VA 23219-2125
                            (804) 644-4878 (T)
                            (804) 644-4874 (F)

Massie Law Firm, PC
Joseph Massie, III, Esquire (Bar No. 35472)
115 N. 1ˢᵗ Street
Richmond, VA 23219
(804) 644-4878 (T)
(804) 644-4874 (F)
jmassie@massielawfirm.com

| | | |
|---|---|---|
| IN RE: | } | |
| | } | Case No. 18-30584-KLP |
| Natalie Walker | } | |
| | } | |
| | } | Chapter 13 |

## IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### Richmond Division

In re: Natalie Walker                    Case Number 18-30584-KLP
                                                Chapter 13

       Debtor

## <u>MOTION TO SHORTEN NOTICE PERIOD</u>

COMES NOW, Natalie Walker, ("the Debtor"), by Counsel, and file this Motion to Shorten the Notice Period for the Motion for Authority to Incur Indebtedness pursuant to 11 USC §364(a) and 1304, Federal Rules of Bankruptcy Procedure 4001(c) and 9013, and Local Bankruptcy Rules 9013-1. In support thereof, Debtor respectfully state the following:

### <u>Jurisdiction</u>

1. This court has exclusive jurisdiction over this matter pursuant to 28 USC §1334.
2. This proceeding is a core proceeding under 28 USC §157(b)(2)(A)(B)(K) and (O).
3. Venue is proper pursuant to 28 USC §1409.

### <u>Facts</u>

4. On February 8, 2018, the Debtor filed in the Honorable Court a petition for relief under Chapter 13 of Bankruptcy Code 11 USC § §1301 <u>et seq.</u>
5. Debtor seeks to shorten the notice period for the <u>**Motion for Authority to Incur Indebtedness**</u> from twenty-one (21) days to five (5) days.

WHEREFORE, the Debtor prays that this Court enter an Order shortening the notice period for the <u>**Motion for Authority to Incur Indebtedness**</u>

September 13, 2019                    RESPECTFULLY SUBMITTED,
                                                Natalie Walker

                              By:        <u>/s/: Joseph Massie, III</u>
                                                Joseph Massie, III

Massie Law Firm, PC
Joseph Massie, III, Esquire (Bar No. 35472)
115 N. 1st Street
Richmond, VA 23219
(804) 644-4878 (T)
(804) 644-4874 (F)
jmassie@massielawfirm.com

IN RE:                                        )
                                              )        Case No. 18-30584-KLP
Natalie Walker                                )
                                              )
                                              )        Chapter 13

115 N. 1st Street
Richmond, VA 23219-2125
(804) 644-4878 (T)
(804) 644-4874 (F)

## CERTIFICATE OF SERVICE

I hereby certify that on September 13, 2019, I sent, electronically, or mailed a true and exact copy of the foregoing **Motion to SHORTEN NOTICE** to all necessary parties.

September 13, 2019                      RESPECTFULLY SUBMITTED
                                        Natalie Walker

                                By /s/: Joseph Massie, III
                                    Joseph Massie, III
                                    115 N. 1st Street
                                    Richmond, VA 23219-2125
                                    (804) 644-4878 (T)
                                    (804) 644-4874 (F)

Massie Law Firm, PC

Joseph Massie, III, Esquire (Bar No. 35472)

115 N. 1st Street

Richmond, VA 23219

(804) 644-4878 (T)

(804) 644-4874 (F)

jmassie@massielawfirm.com

| | | |
|---|---|---|
| IN RE: | } | |
| | } | Case No. 18-30584-KLP |
| Natalie Walker | } | |
| | } | |
| | } | Chapter 13 |

## IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### Richmond Division

In re: Natalie Walker                        Case Number 18-30584-KLP
                                                        Chapter 13

                    Debtor

### MOTION FOR AUTHORITY TO INCUR INDEBTEDNESS

COME NOW, the Debtor, Natalie Walker, by counsel, and in support of her request Motion for Authority to Incur Indebtedness, states as follows:

1.     The Debtor is requesting authority to incur indebted with, for the purchase of 2010 Lexus ES 350 4D Luxury Sedan or like vehicle in the approximate amount not to exceed **$13, 615.75**, and with an interest rate not to exceed **19.99%**, **5 years** (**60 months**) with monthly payments of **$360.66 per month**.

2.     Said purchase is necessary as the Debtor is in need of vehicle to drive to work.

3.     Said indebtedness will not impair the Debtor's ability to comply with the terms of Chapter 13 Plan.

WHEREFORE, the Debtor requests an Order authorizing them to incur said indebtedness and for such other relief as the Court may deem appropriate.

September 13, 2019                    RESPECTFULLY SUBMITTED,
                                                Natalie Walker

                          By:            /s/: Joseph Massie, III
                                                Joseph Massie, III
                                                115 N. 1st Street
                                                Richmond, VA 23219-2125
                                                (804) 644-4878 (T)
                                                (804) 644-4874 (F)

Massie Law Firm, PC
Joseph Massie, III, Esquire (Bar No. 35472)
115 N. 1st Street
Richmond, VA 23219
(804) 644-4878 (T)
(804) 644-4874 (F)
jmassie@massielawfirm.com

IN RE:                                        )
                                                  )        Case No. 18-30584-KLP
Natalie Walker                          )
                                                  )
                                                  )        Chapter 13

## CERTIFICATE OF SERVICE

I hereby certify that on September 13, 2019, I sent, electronically, or mailed a true and exact copy of the foregoing **Motion for Authority to Incur Indebtedness** to all necessary parties.

September 13, 2019                        RESPECTFULLY SUBMITTED
                                              Natalie Walker


                                    By /s/: Joseph Massie, III
                                         Joseph Massie, III
                                         115 N. 1st Street
                                         Richmond, VA 23219-2125
                                         (804) 644-4878 (T)
                                         (804) 644-4874 (F)

----.

Natalie Walker
20304 Stone Wood Manor Drive
Petersburg, VA 23803

Carl Bates
PO Box 1819
Richmond, VA 23219

Credit Acceptance 25505
W.
12 Mile Rd.
Southfield, MI 48034

US Trustee
John P. Fitzgerald, III
701 E. Broad Street, Ste. 4304
Richmond, VA 23219

----

Massie Law Firm, PC
Joseph Massie, III, Esquire (Bar No. 35472)
115 N. 1st Street
Richmond, VA 23219
(804) 644-4878 (T)
(804) 644-4874 (F)
jmassie@massielawfirm.com

IN RE:                                  }
                                        }    Case No. 18-30584-KLP
Natalie Walker                          }
                                        }
                                        }    Chapter 13

Biorefernce Lab
P.O. Box 21134
New York, NY 10087-1134

Bogese Asset Management

Chesterfield Community Service
P.O. Box 92
Attn: Accounts Receivable

Chesterfield, VA 23832-0001
Cig Financial
6 Executive Circle Ste 100
Irvine, CA 92614

Collection Service C
250 Mt Lebanon Blvd
Pittsburgh, PA 15122

Focused Recovery Solutions
9701-Metropolitan Ct
Ste B
Richmond, VA 23236

IRS
P.O. BOX 7346
Philadelphia, PA 19101

Mccarthy Burgess & Wol
26000 Cannon Rd
Cleveland, OH 44146

Medical Data Systems Inc
Mds
2001 9th Ave Ste 312
Vero beach, FL 32960

Massie Law Firm, PC
Joseph Massie, III, Esquire (Bar No. 35472)
115 N. 1st Street
Richmond, VA 23219
(804) 644-4878 (T)
(804) 644-4874 (F)
jmassie@massielawfirm.com

IN RE:                          }
                                }       Case No. 18-30584-KLP
Natalie Walker                  }
                                }
                                }       Chapter 13

Office of US Trustee
701 E. Broad Street
Suite 4300
Richmond, VA 23219

OneMain Financial
Attn: Bankruptcy Department
601 Nw 2nd St #300
Evansville, IN 47708

Receivable Management Systems
PO Box 8630
Richmond, VA 23226

Rfc 1212
Syncb/nations
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896

The Foot Center
5311 Patterson Avenue Ste 110
Richmond, VA 23226

Transworld Systems
500 Virginia Drive, Ste 514
Fort Washington, PA 19034

Valley Credit Service, Inc
Po Box 2162
Hagerstown, MD 21742

Wakefield & Associates
7005 Middlebrook Pike
Knoxville, TN 37909

West End Orthapaedic
1400 Johnston-Willis Dr

Massie Law Firm, PC
Joseph Massie, III, Esquire (Bar No. 35472)
115 N. 1st Street
Richmond, VA 23219
(804) 644-4878 (T)
(804) 644-4874 (F)
jmassie@massielawfirm.com

| | | |
|---|---|---|
| IN RE: | } | |
| | } | Case No. 18-30584-KLP |
| Natalie Walker | } | |
| | } | |
| | } | Chapter 13 |

Richmond, VA 23235
Westlake Financial Srvs
Customer Care
Po Box 76809
Los Angeles, CA 90054

Westview Financial S
1068 Temple Avenue
Colonial Heights, VA 23834

Massie Law Firm, PC
Joseph Massie, III, Esquire (Bar No. 35472)
115 N. 1st Street
Richmond, VA 23219
(804) 644-4878 (T)
(804) 644-4874 (F)
jmassie@massielawfirm.com

| IN RE: | } | |
| | } | Case No. 18-30584-KLP |
| Natalie Walker | } | |
| | } | |
| | } | Chapter 13 |

## IN THE UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF VIRGINIA
#### Richmond Division

| | | |
|---|---|---|
| IN RE: | } | |
| | } | Case No. 18-30584-KLP |
| Natalie Walker | } | |
| | } | |
| | } | Chapter 13 |
| | } | |
| **Debtor** | } | |

Address:      20304 Stone Wood Manor Drive
              Petersburg, VA 23803
SSN:               xxx-xx-6863

## <u>NOTICE OF MOTION</u>

Natalie Walker, ("Debtor"), by counsel, has filed a Motion to Incur Debt, Motion to Expedite and Motion to Shorten Notice Period.

**<u>Your rights may be affected.</u> You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.**

If you do not want the court the grant the relief sought in the motion, or if you want the court to consider your views on the motion, then on or before you or your attorney must:

☐    File with the court, at the address shown below, a written request for a hearing [or a written response pursuant to Local Bankruptcy Rule 9013-1(H)]. If you mail your request for hearing (or response) to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above.

**Clerk of Court**
**United States Bankruptcy Court**
**701 E. Broad Street, Room 4000**
**Richmond, VA 23219**

Massie Law Firm, PC
Joseph Massie, III, Esquire (Bar No. 35472)
115 N. 1st Street
Richmond, VA 23219
(804) 644-4878 (T)
(804) 644-4874 (F)
jmassie@massielawfirm.com

| | | |
|---|---|---|
| IN RE: | } | |
| | } | Case No. 18-30584-KLP |
| Natalie Walker | } | |
| | } | |
| | } | Chapter 13 |

<u>You must also mail a copy to</u>:
Joseph Massie, III
115 N. 1st Street
Richmond, VA 23219-2125

☐ **<u>Attend a hearing scheduled for September 18, 2019 at 10:00 am at Judge Phillips at 701 E. Broad Street, Room 5100, Richmond, VA 23219.</u>**

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

/s/: Joseph Massie, III
Joseph Massie, III
115 N. 1st Street
Richmond, VA 23219-2125
(804) 644-4878 (T)
(804) 644-4874 (F)

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 12, 2019, I sent, electronically, or mailed a true and exact copy of the foregoing **<u>Notice of Motion</u>** to all necessary parties.

September 13, 2019                          RESPECTFULLY SUBMITTED

Natalie Walker

By: /s/: Joseph Massie, III
Joseph Massie, III
115 N. 1st Street
Richmond, VA 23219-2125
(804) 644-4878 (T)
(804) 644-4874 (F)

Massie Law Firm, PC
Joseph Massie, III, Esquire (Bar No. 35472)
115 N. 1st Street
Richmond, VA 23219
(804) 644-4878 (T)
(804) 644-4874 (F)
jmassie@massielawfirm.com

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 18-30584-KLP |
| Natalie Walker | ) | |
| | ) | |
| | ) | Chapter 13 |

## IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### Richmond Division

In re: Natalie Walker                    Case Number 18-30584-KLP
                                                          Chapter 13

            Debtor

## MOTION TO EXPEDITE HEARING

COMES NOW, Natalie Walker, the Debtor, by Counsel, and offer the following in support of his **Motion to Expedite Hearing** on the **Motion for Authority to Incur Indebtedness**:

1. On February 8, 2018, Debtor filed in the Honorable Court a petition for relief under Chapter 13 of Bankruptcy Code 11 USC § §1301 **et seq.**
2. Debtor seeks permission to have an Expedited Hearing on the **Motion for Authority to Incur Indebtedness**.
3. That an expedited hearing on the Motions are necessary for the following reason: **Debtor does not have transportation for work.**
4. An expedited hearing is necessary under the circumstances and creditors and parties in interest will not be prejudiced by such expedited hearing being granted.

WHEREFORE, the Debtor respectfully request this Honorable Court to schedule a hearing to be heard on an expedited bases to consider the **Motion for Authority to Incur Indebtedness** and for such other and further relief as the Court deems proper.

September 13, 2019                    RESPECTFULLY SUBMITTED,
                                                         Natalie Walker
                              By:      _/s/: Joseph Massie, III_
                                                Joseph Massie, III
                                                115 N. 1st Street
                                                Richmond, VA 23219-2125
                                                (804) 644-4878 (T)
                                                (804) 644-4874 (F)

Massie Law Firm, PC
Joseph Massie, III, Esquire (Bar No. 35472)
115 N. 1st Street
Richmond, VA 23219
(804) 644-4878 (T)
(804) 644-4874 (F)
jmassie@massielawfirm.com

IN RE:                                        }
                                                  }        Case No. 18-30584-KLP
Natalie Walker                            }
                                                  }
                                                  }        Chapter 13

## IN THE UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF VIRGINIA
#### Richmond Division

In re: Natalie Walker

Debtor

Case Number 18-30584-KLP

Chapter 13

## CERTIFICATION REGARDING REQUEST FOR EXPEDITED HEARING

In support of the attached request for an expedited hearing as required by Local Rule 9013-1(N), I hereby certify that:

1.  I have carefully examined the matter and concluded that there is a true need for an emergency hearing.
2.  I have not created the emergency through any lack of due diligence, and
3.  I have made a *bona fide* effort to resolve the matter without hearing.

September 13, 2019

RESPECTFULLY SUBMITTED,

Natalie Walker

By: 	/s/: Joseph Massie, III
Joseph Massie, III
115 N. 1st Street
Richmond, VA 23219-2125
(804) 644-4878 (T)
(804) 644-4874 (F)

Massie Law Firm, PC
Joseph Massie, III, Esquire (Bar No. 35472)
115 N. 1st Street
Richmond, VA 23219
(804) 644-4878 (T)
(804) 644-4874 (F)
jmassie@massielawfirm.com

IN RE:                                        )            Case No. 18-30584-KLP
                                              )
Natalie Walker                                )
                                              )
                                              )            Chapter 13

## CERTIFICATE OF SERVICE

I hereby certify that on September 13, 2019, I sent, electronically, or mailed a true and exact copy of the foregoing **Motion to EXPEDITE HEARING** to all necessary parties.

September 13, 2019                    RESPECTFULLY SUBMITTED

                                      Natalie Walker

                              By /s/: Joseph Massie, III
                                 Joseph Massie, III
                                 115 N. 1st Street
                                 Richmond, VA 23219-2125
                                 (804) 644-4878 (T)
                                 (804) 644-4874 (F)

Massie Law Firm, PC
Joseph Massie, III, Esquire (Bar No. 35472)
115 N. 1st Street
Richmond, VA 23219
(804) 644-4878 (T)
(804) 644-4874 (F)
jmassie@massielawfirm.com

IN RE:                              }
                                    }      Case No. 18-30584-KLP
Natalie Walker                      }
                                    }
                                    }      Chapter 13

## IN THE UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF VIRGINIA
#### Richmond Division

In re: Natalie Walker

Case Number 18-30584-KLP

Chapter 13

Debtor

### MOTION TO SHORTEN NOTICE PERIOD

COMES NOW, Natalie Walker, ("the Debtor"), by Counsel, and file this Motion to Shorten the Notice Period for the Motion for Authority to Incur Indebtedness pursuant to 11 USC §364(a) and 1304, Federal Rules of Bankruptcy Procedure 4001(c) and 9013, and Local Bankruptcy Rules 9013-1. In support thereof, Debtor respectfully state the following:

#### Jurisdiction

1. This court has exclusive jurisdiction over this matter pursuant to 28 USC §1334.
2. This proceeding is a core proceeding under 28 USC §157(b)(2)(A)(B)(K) and (O).
3. Venue is proper pursuant to 28 USC §1409.

#### Facts

4. On February 8, 2018, the Debtor filed in the Honorable Court a petition for relief under Chapter 13 of Bankruptcy Code 11 USC § §1301 et seq.
5. Debtor seeks to shorten the notice period for the **Motion for Authority to Incur Indebtedness** from twenty-one (21) days to five (5) days.

WHEREFORE, the Debtor prays that this Court enter an Order shortening the notice period for the **Motion for Authority to Incur Indebtedness**

September 13, 2019

RESPECTFULLY SUBMITTED,

Natalie Walker

By:    /s/: Joseph Massie, III
Joseph Massie, III

Massie Law Firm, PC
Joseph Massie, III, Esquire (Bar No. 35472)
115 N. 1st Street
Richmond, VA 23219
(804) 644-4878 (T)
(804) 644-4874 (F)
jmassie@massielawfirm.com

| IN RE: | } | |
| | } | Case No. 18-30584-KLP |
| Natalie Walker | } | |
| | } | |
| | } | Chapter 13 |

115 N. 1st Street
Richmond, VA 23219-2125
(804) 644-4878 (T)
(804) 644-4874 (F)

## CERTIFICATE OF SERVICE

I hereby certify that on September 13, 2019, I sent, electronically, or mailed a true and exact copy of the foregoing **Motion to SHORTEN NOTICE** to all necessary parties.

September 13, 2019                                  RESPECTFULLY SUBMITTED
                                                         Natalie Walker

                                                  By /s/: Joseph Massie, III
                                                     Joseph Massie, III
                                                     115 N. 1st Street
                                                     Richmond, VA 23219-2125
                                                     (804) 644-4878 (T)
                                                     (804) 644-4874 (F)

Massie Law Firm, PC
Joseph Massie, III, Esquire (Bar No. 35472)
115 N. 1st Street
Richmond, VA 23219
(804) 644-4878 (T)
(804) 644-4874 (F)
jmassie@massielawfirm.com

IN RE:                                    }
                                          }        Case No. 18-30584-KLP
Natalie Walker                            }
                                          }
                                          }        Chapter 13

# IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### Richmond Division

In re: Natalie Walker                    Case Number 18-30584-KLP
                                         Chapter 13

    Debtor

## <u>MOTION FOR AUTHORITY TO INCUR INDEBTEDNESS</u>

   COME NOW, the Debtor, Natalie Walker, by counsel, and in support of her request Motion for Authority to Incur Indebtedness, states as follows:

   1.  The Debtor is requesting authority to incur indebted with, for the purchase of 2010 Lexus ES 350 4D Luxury Sedan or like vehicle in the approximate amount not to exceed **$13, 615.75**, and with an interest rate not to exceed **19.99%**, **5 years** (**60 months**) with monthly payments of **$360.66 per month**.

   2.  Said purchase is necessary as the Debtor is in need of vehicle to drive to work.

   3.  Said indebtedness will not impair the Debtor's ability to comply with the terms of Chapter 13 Plan.

WHEREFORE, the Debtor requests an Order authorizing them to incur said indebtedness and for such other relief as the Court may deem appropriate.

September 13, 2019      RESPECTFULLY SUBMITTED,
               Natalie Walker

         By:    <u>/s/: Joseph Massie, III</u>
              Joseph Massie, III
              115 N. 1st Street
              Richmond, VA 23219-2125
              (804) 644-4878 (T)
              (804) 644-4874 (F)

Massie Law Firm, PC
Joseph Massie, III, Esquire (Bar No. 35472)
115 N. 1st Street
Richmond, VA 23219
(804) 644-4878 (T)
(804) 644-4874 (F)
jmassie@massielawfirm.com

IN RE:           )
             )  Case No. 18-30584-KLP
Natalie Walker       )
             )
             )  Chapter 13

## CERTIFICATE OF SERVICE

I hereby certify that on September 13, 2019, I sent, electronically, or mailed a true and exact copy of the foregoing **Motion for Authority to Incur Indebtedness** to all necessary parties.

September 13, 2019                    RESPECTFULLY SUBMITTED
                                       Natalie Walker

                              By /s/: Joseph Massie, III
                                 Joseph Massie, III
                                 115 N. 1st Street
                                 Richmond, VA 23219-2125
                                 (804) 644-4878 (T)
                                 (804) 644-4874 (F)

—————

Natalie Walker
20304 Stone Wood Manor Drive
Petersburg, VA 23803

Carl Bates
PO Box 1819
Richmond, VA 23219

Credit Acceptance 25505
W.
12 Mile Rd.
Southfield, MI 48034

US Trustee
John P. Fitzgerald, III
701 E. Broad Street, Ste. 4304
Richmond, VA 23219

—————

Massie Law Firm, PC
Joseph Massie, III, Esquire (Bar No. 35472)
115 N. 1st Street
Richmond, VA 23219
(804) 644-4878 (T)
(804) 644-4874 (F)
jmassie@massielawfirm.com

IN RE:                          }
                                }    Case No. 18-30584-KLP
Natalie Walker                  }
                                }
                                }    Chapter 13

Biorefernce Lab
P.O. Box 21134
New York, NY 10087-1134

Bogese Asset Management

Chesterfield Community Service
P.O. Box 92
Attn: Accounts Receivable

Chesterfield, VA 23832-0001
Cig Financial
6 Executive Circle Ste 100
Irvine, CA 92614

Collection Service C
250 Mt Lebanon Blvd
Pittsburgh, PA 15122

Focused Recovery Solutions
9701-Metropolitan Ct
Ste B
Richmond, VA 23236

IRS
P.O. BOX 7346
Philadelphia, PA 19101

Mccarthy Burgess & Wol
26000 Cannon Rd
Cleveland, OH 44146

Medical Data Systems Inc
Mds
2001 9th Ave Ste 312
Vero beach, FL 32960

Massie Law Firm, PC
Joseph Massie, III, Esquire (Bar No. 35472)
115 N. 1st Street
Richmond, VA 23219
(804) 644-4878 (T)
(804) 644-4874 (F)
jmassie@massielawfirm.com

| | | |
|---|---|---|
| IN RE: | } | |
| | } | Case No. 18-30584-KLP |
| Natalie Walker | } | |
| | } | |
| | } | Chapter 13 |

Office of US Trustee
701 E. Broad Street
Suite 4300
Richmond, VA 23219

OneMain Financial
Attn: Bankruptcy Department
601 Nw 2nd St #300
Evansville, IN 47708

Receivable Management Systems
PO Box 8630
Richmond, VA 23226

Rfc 1212
Syncb/nations
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896

The Foot Center
5311 Patterson Avenue Ste 110
Richmond, VA 23226

Transworld Systems
500 Virginia Drive, Ste 514
Fort Washington, PA 19034

Valley Credit Service, Inc
Po Box 2162
Hagerstown, MD 21742

Wakefield & Associates
7005 Middlebrook Pike
Knoxville, TN 37909

West End Orthapaedic
1400 Johnston-Willis Dr

Massie Law Firm, PC
Joseph Massie, III, Esquire (Bar No. 35472)
115 N. 1st Street
Richmond, VA 23219
(804) 644-4878 (T)
(804) 644-4874 (F)
jmassie@massielawfirm.com

IN RE:                                              }
                                                    }        Case No. 18-30584-KLP
Natalie Walker                                      }
                                                    }
                                                    }        Chapter 13

Richmond, VA 23235
Westlake Financial Srvs
Customer Care
Po Box 76809
Los Angeles, CA 90054

Westview Financial S
1068 Temple Avenue
Colonial Heights, VA 23834

Massie Law Firm, PC
Joseph Massie, III, Esquire (Bar No. 35472)
115 N. 1st Street
Richmond, VA 23219
(804) 644-4878 (T)
(804) 644-4874 (F)
jmassie@massielawfirm.com

| | | |
|---|---|---|
| IN RE: | } | |
| | } | Case No. 18-30584-KLP |
| Natalie Walker | } | |
| | } | |
| | } | Chapter 13 |